HENRY H. VOORHIS et al., appellants,

v.

MINNA DE KAY et al., respondents.

*Mr. Charles H. Voorhis*, for appellants.

*Mr. John Linn*, for respondents.

On appeal from a part of the decree of the chancellor (not disposed of by the appeal reported in *Hackensack Water Co.* v. *De Kay, 9 Stew. Eq. 548*), whose opinion is reported in *De Kay* v. *Voorhis, 9 Stew. Eq. 37.*

PER CURIAM.
This decree affirmed for the reasons given by the chancellor.

For affirmance—CHIEF-JUSTICE, DEPUE, KNAPP, MAGIE, PARKER, REED, SCUDDER, VAN SYCKEL, BROWN, PATERSON, WHITAKER—11.

For reversal—DIXON—1.